JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00819 JF |
| ) | |
| Plaintiff, ) | STIPULATION AND []xxxxxxxxxxxx |
| ) | ORDER EXCLUDING TIME UNDER THE |
| v. ) | SPEEDY TRIAL ACT |
| ) | |
| ROBIN BRUCE MCNABB, ) | |
| ) | |
| Defendant. ) | SAN JOSE VENUE |
| ) | |

    On January 22, 2009, the undersigned parties appeared before the Court for an initial appearance. At that appearance, the defendant, through his attorney, Assistant Federal Public Defender Nicholas Humy, entered a not guilty plea to the charges contained in the indictment. The parties then requested that the case be scheduled for a status hearing before Judge Fogel on February 25, 2009 at 9:00 a.m. The government also requested an exclusion of time under the Speedy Trial Act from January 22, 2009 to February 25, 2009 in order to provide discovery to AFPD Humy. The defendant, through AFPD Humy, agreed to the exclusion. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

STIPULATION AND [PROPOSED] ORDER
CR 08-00819 JF                               1

| | | |
|---|---|---|
| 1 | SO STIPULATED: | JOSEPH P. RUSSONIELLO |
| 2 | | United States Attorney |

DATED: 1/22/09                    _____/s/_____
                                  SUSAN KNIGHT
                                  Assistant United States Attorney

DATED: 1/22/09                    _____/s/_____
                                  NICHOLAS P. HUMY
                                  Assistant Federal Public Defender

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from January 22, 2009 to February 25, 2009. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: January 26, 2009           _/s/ Patricia V. Trumbull_____
                                  PATRICIA V. TRUMBULL
                                  United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
CR 08-00819 JF                    2