JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone:  (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00819 JF |
| Plaintiff, ) | |
| v. ) | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| ROBIN BRUCE MCNABB, ) | |
| Defendant. ) | |
| ) | SAN JOSE VENUE |

The undersigned parties respectfully request that the status hearing scheduled for March 25, 2009 be continued to April 29, 2009.  The reason for the continuance is that the government is in the process of responding to Assistant Federal Public Defender Nicholas Humy's request for additional discovery, and AFPD Humy will need time to review the materials once they are provided to him.  In addition, AFPD Humy will be unavailable in early April due to family and work-related travel.  Therefore, the parties are requesting a continuance to April 29, 2009.  The parties also agree and stipulate that a waiver of time under the Speedy Trial Act from March 25, 2009 to April 29, 2009 is appropriate.  The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel and continuity of

counsel.

SO STIPULATED:                          JOSEPH P. RUSSONIELLO
                                        United States Attorney

DATED: 3/23/09                          _____/s/_____
                                        SUSAN KNIGHT
                                        Assistant United States Attorney

DATED: 3/23/09                          _____/s/_____
                                        NICHOLAS P. HUMY
                                        Counsel for Mr. McNabb

Accordingly, the Court HEREBY ORDERS that the status hearing is continued to April 29, 2009 at 9:00 a.m.

For good cause shown, the Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from March 23, 2009 to April 29, 2009.  The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.  The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 3/25/09                          _____
                                        JEREMY FOGEL
                                        United States District Judge