| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CASBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 4 | SUSAN KNIGHT (CSBN 209013)<br>Assistant United States Attorney |

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-00819 JF |
| Plaintiff, | ) | STIPULATION AND [PROPOSED]<br>ORDER CONTINUING HEARING DATE<br>AND EXCLUDING TIME UNDER THE<br>SPEEDY TRIAL ACT |
| v. | ) | |
| ROBIN BRUCE MCNABB, | ) | |
| Defendant. | ) | SAN JOSE VENUE |

The undersigned parties respectfully request that the status hearing currently scheduled for June 10, 2009 be continued to July 10, 2009. The reason for the continuance is that Assistant United States Attorney Susan Knight will be out of town due to family-related matters. In addition, the defendant, who resides in Arizona, is currently undergoing medical treatment, and cannot travel to the Northern District of California. The parties jointly request an exclusion of time under the Speedy Trial Act from June 10, 2009 to July 15, 2009. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

STIPULATION AND [PROPOSED] ORDER
CR 08-00472 JF                                            1

| | | |
|---|---|---|
| 1 | SO STIPULATED: | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 2 | | |
| 3 | DATED: 6/3/09 | _____/s/_____<br>SUSAN KNIGHT<br>Assistant United States Attorney |
| 4 | | |
| 5 | DATED: 6/3/09 | _____/s/_____<br>NICHOLAS P. HUMY<br>Assistant Federal Public Defender |

Accordingly, for good cause shown, the Court HEREBY ORDERS that the status appearance scheduled for June 10, 2009 is continued to July 15, 2009 at 9:00 a.m.

The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from June 10, 2009 to July 15, 2009. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 6/5/09                                    _____
                                                 JEREMY FOGEL
                                                 United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 08-00472 JF                                           2