BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant MCNABB

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,                    )<br>                                                                 )<br>                            Plaintiff,             )<br>                                                                 )<br>vs.                                                            )<br>                                                                 )<br>ROBIN BRUCE MCNABB,                          )<br>                                                                 )<br>                            Defendant.         )<br>_____) | No. CR-08-00819 JF<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING HEARING DATE<br>AND EXCLUDING TIME UNDER THE<br>SPEEDY TRIAL ACT |

### STIPULATION

Defendant Robin McNabb, by and through Assistant Federal Public Defender Nicholas Humy, and the United States, by and through Assistant United States Attorney Susan Knight, hereby stipulate that, with the Court's approval, the status conference currently set for Wednesday, November 18, 2009, shall be continued to Wednesday, January 13, 2010.

The reason for the requested stipulation is that the defendant, who suffers from aggressive liver cancer, cirrhosis, and hepatitis C, end-stage liver disease, is receiving treatment at the VA Medical Center in Phoenix, Arizona, and is currently unable to travel.  See Declaration of Mara Goldman at ¶¶ 3-4.

The parties agree that the time between November 18, 2009, and January 13, 2010, is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(3) and (4), because of the defendant's unavailability and inability to appear in court due to his medical condition.

IT IS SO STIPULATED.

Dated:  November 2, 2009

                    /s/
NICHOLAS P. HUMY
Assistant Federal Public Defender

Dated:  November 2, 2009

                    /s/
SUSAN KNIGHT
Assistant United States Attorney

[PROPOSED] **ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing date shall be continued from November 18, 2009, to January 13, 2010, at 9:00 a.m.

THE COURT FINDS that exclusion of the time between November 18, 2009, and January 13, 2010, is appropriate in light of the defendant's unavailability and inability to appear in court due to his medical condition.  See 18 U.S.C. § 3161(h)(3) and (4).

THEREFORE, IT IS HEREBY ORDERED that the time between November 18, 2009, and January 13, 2010, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(3) and (4).

IT IS SO ORDERED.

Dated: 11/4/09

The Honorable Jeremy Fogel
United States District Court