1   BARRY J. PORTMAN
    Federal Public Defender
2   NICHOLAS P. HUMY
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
4   Telephone:  (408) 291-7753

5   Counsel for Defendant MCNABB

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                             SAN JOSE DIVISION
10

11
    UNITED STATES OF AMERICA,          )    No. CR-08-00819 JF
12                                      )
                        Plaintiff,      )    STIPULATION AND [PROPOSED]
13                                      )    ORDER CONTINUING HEARING DATE
    vs.                                 )    AND EXCLUDING TIME UNDER THE
14                                      )    SPEEDY TRIAL ACT
    ROBIN BRUCE MCNABB,                 )
15                                      )
                        Defendant.      )
16   _____)

17

18                            **STIPULATION**

19       Defendant Robin McNabb, by and through Assistant Federal Public Defender Nicholas

20   Humy, and the United States, by and through Assistant United States Attorney Susan Knight,

21   hereby stipulate that, with the Court's approval, the status conference currently set for

22   Wednesday, January 13, 2010, shall be continued to Wednesday, January 27, 2010.

23       The reason for the requested stipulation is that defense counsel will be out of the district.

24       The parties agree that the time between January 13, 2010 and January 27, 2010, is

25   excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(3) and (4), because of defense

26   counsel's unavailability to appear in court.

Stipulation and Proposed Order
No. CR 08-00819 JF                          1

1    IT IS SO STIPULATED.

2

3    Dated: January 11, 2010

4                                             _____/s/_____
                                              NICHOLAS P. HUMY
5                                             Assistant Federal Public Defender

6    Dated: January 11, 2010

7

8                                             _____/s/_____
                                              SUSAN KNIGHT
                                              Assistant United States Attorney
9

10                         [PROPOSED] **ORDER**

11   _____GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY

12   ORDERED that the hearing date shall be continued from January 13, 2010, at 9:00 a.m to

13   January 27, 2010.

14       THE COURT FINDS that exclusion of the time between January 13, 2010 and January

15   27, 2010, is appropriate for effective defense preparation and for continuity of defense counsel.

16       THEREFORE, IT IS HEREBY ORDERED that the time between January 13, 2010 and

17   January 27, 2010, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. §

18   3161(h)(3) and (4).

19       IT IS SO ORDERED.

20    Dated:  1/14/10

21                                             _____
                                               The Honorable Jeremy Fogel
22                                             United States District Court

23

24

25

26

Stipulation and Proposed Order
No. CR 08-00819 JF                           2