1 BARRY J. PORTMAN
Federal Public Defender
2 NICHOLAS P. HUMY
Assistant Federal Public Defender
3 160 West Santa Clara Street, Suite 575
San Jose, CA  95113
4 Telephone:  (408) 291-7753

5 Counsel for Defendant McNABB

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-00819-JF (PVT) |
| Plaintiff, | ) | **STIPULATION TO CONTINUE HEARING; [PROPOSED] ORDER** |
| v. | ) | |
| ROBIN BRUCE MCNABB | ) | |
| Defendant. | ) | |

    Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the status conference in the above-captioned matter, presently scheduled on Thursday, July 8, 2010 be continued to Thursday, September 23, 2010 at 9:00 a.m. The reasons for the continuance are to allow time for the Court ordered evaluation on June 28, 2010, and for effective defense preparation.

    The parties further agree and stipulate that time should be excluded from and including Thursday, July, 8, 2010 through and including Thursday, September 23, 2010, for effective preparation and continuity of defense counsel, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv). Accordingly, the United States and the defendant agree that granting

the requested exclusion of time will serve the interest of justice and outweigh the interest of the public and defendant in a speedy trial.

Dated: July 7, 2010                     _____/s/_____
                                        NICHOLAS P. HUMY
                                        Assistant Federal Public Defender

Dated: July 7, 2010                     _____/s/_____
                                        SUSAN KNIGHT
                                        United States District Attorney

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status conference presently scheduled on Thursday, July 8, 2010 is continued to Thursday, September 23, 2010 at 9:00 a.m.

IT IS FURTHER ORDERED, that the time between Thursday, July 8, 2010 through September 23, 2010, shall be excluded for effective preparation and continuity of defense counsel, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: 7/7/10                           _____
                                        HONORABLE JEREMY FOGEL
                                        United States District Judge